IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

BARBARA BIRD,

    Plaintiff,

v.

JOHNSON & JOHNSON, JANSSEN     Case No. 20-cv-1309
PHARMACEUTICALS, INC., ORTHO-
MCNEIL PHARMACEUTICAL, LLC,
JANSSEN RESEARCH &
DEVELOPMENT, LLC, JANSSEN
ORTHO, LLC, TEVA
PHARMACEUTICAL INDUSTRIES LTD.,
TEVA PHARMACEUTICALS USA, INC.
and TEVA BRANDED
PHARMACEUTICAL PRODUCTS R&D,
INC.,

    Defendants.

## ORDER

Now before the court is Defendant Janssen Pharmaceuticals, Inc.'s Motion to Stay All Proceedings Pending a Decision on MDL Centralization (ECF No. 12) and Stipulated Motion for Extension of Time to File an Answer/Other Responsive Pleading (ECF No. 17).

Defendant's Motion for a Stay of All Proceedings Pending a Decision on MDL Centralization is unopposed. (ECF No. 17, ¶7). Having reviewed defendant's motion, the court, for good cause, hereby GRANTS the request and STAYS all proceedings pending the outcome of the Motion to Transfer *In Re Elmiron (Pentosan Polysulfate Sodium) Products Liability Litigation* to the District of New Jersey, which has been filed with the United States Judicial Panel on Multidistrict Litigation, Pending No. 135.

Upon good cause shown, the Court hereby also GRANTS Defendant's Stipulated Motion for Extension of Time to File an Answer/Other Responsive Pleading (ECF No. 17), thereby permitting defendant to file its responsive pleading within seven days of the expiration of the order staying this case.

Dated at Milwaukee, Wisconsin this 14th day of October, 2020.

*William E. Duffin*
WILLIAM E. DUFFIN
U.S. Magistrate Judge